Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:949.851.3939
Facsimile: 949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURGANDY L. OTTESON, an individual, | Case No. 2:13-cv-00692-TLN-DAD |
| Plaintiff, | Hon. Troy L. Nunley |
| v. | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF BURGANDY L. OTTESON'S COMPLAINT** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; ONEWEST BANK, FSB; WALTER LOPEZ dba VW & ASSOCIATES PARALEGAL SERVICES; and Does 1-10, | Complaint Filed:  April 8, 2013 |
| Defendants. | |

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and in answer to the Plaintiff Burgandy L. Otteson's ("Plaintiff") Complaint ("Complaint") as follows:

### JURISDICTION AND VENUE

1.      In response to paragraph 1 of the Complaint, Experian admits that Plaintiff's Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA").  Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.  As to the remaining allegations in Complaint section which relate to the other

IRI-50308v1

1  defendants, Experian does not have knowledge or information sufficient to form a belief as to the

2  truth of those allegations and, on that basis, denies, generally and specifically, each and every

3  such allegation.

4       2.      In response to paragraph 2 of the Complaint, Experian denies, generally and

5  specifically, each and every allegation contained therein that relates to Experian.  As to the

6  remaining allegations in paragraph 2 which relate to the other defendants, Experian does not have

7  knowledge or information sufficient to form a belief as to the truth of those allegations and, on

8  that basis, denies, generally and specifically, each and every such allegation.

9       3.      In response to paragraph 3 of the Complaint, Experian admits that jurisdiction is

10  proper in the United States District Court, for the Eastern District of California pursuant to

11  FCRA, 15 U.S.C. §1681p and 15 USC § 1367.  Experian states that these are legal conclusions

12  which are not subject to denial or admission.

13                                         **PARTIES**

14       4.      In response to Paragraph 4 of the Complaint, Experian is without knowledge or

15  information sufficient to form a belief as to the truth of the allegations contained therein and, on

16  that basis, denies, generally and specifically, each and every allegation contained therein.

17       5.      In response to paragraph 5 of the Complaint, Experian admits that it is an Ohio

18  corporation, with its principal place of business in Costa Mesa, California.

19       6.      In response to paragraph 6 of the Complaint, Experian admits that it is a consumer

20  reporting agency as defined by 15 U.S.C. § 1681a(f), and, as such, issues consumer reports as

21  defined by 15 U.S.C. § 1681a(d).  As to the remaining allegations in paragraph 6 which relate to

22  Experian, Experian denies, generally and specifically, each and every allegation contained therein

23  that relates to Experian.

24       7.      In response to paragraph 7 of the Complaint, Experian admits that it is a consumer

25  reporting agency as defined by 15 U.S.C. § 1681a(f), and, as such, issues consumer reports as

26  defined by 15 U.S.C. § 1681a(d).  As to the remaining allegations in paragraph 7 which relate to

27  Experian, Experian denies, generally and specifically, each and every allegation contained therein

28  that relates to Experian.  As to the remaining allegations in paragraph 7, Experian is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.     In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9.     In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.     In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11.     In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.     In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.     In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14.     In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.     In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.     In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.     In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18.     In response to paragraph 18 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 18 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

## ALLEGATIONS COMMON TO ALL CLAIMS

### *Plaintiff's Short Sale*

19.     In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20.     In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21.     In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

1

*Inaccurately Reported Information*

2      24.      In response to paragraph 24 of the Complaint, Experian is without knowledge or

3  information sufficient to form a belief as to the truth of the allegations contained therein and, on

4  that basis, denies, generally and specifically, each and every allegation contained therein.

5      25.      In response to paragraph 25 of the Complaint, including subparts, Experian is

6  without knowledge or information sufficient to form a belief as to the truth of the allegations

7  contained therein and, on that basis, denies, generally and specifically, each and every allegation

8  contained therein.

9

*Credit Report Dispute*

10      26.      In response to paragraph 26 of the Complaint, Experian is without knowledge or

11  information sufficient to form a belief as to the truth of the allegations contained therein and, on

12  that basis, denies, generally and specifically, each and every allegation contained therein.

13      27.      In response to paragraph 27 of the Complaint, Experian is without knowledge or

14  information sufficient to form a belief as to the truth of the allegations contained therein and, on

15  that basis, denies, generally and specifically, each and every allegation contained therein.

16      28.      In response to paragraph 28 of the Complaint, Experian is without knowledge or

17  information sufficient to form a belief as to the truth of the allegations contained therein and, on

18  that basis, denies, generally and specifically, each and every allegation contained therein.

19      29.      In response to paragraph 29 of the Complaint, Experian is without knowledge or

20  information sufficient to form a belief as to the truth of the allegations contained therein and, on

21  that basis, denies, generally and specifically, each and every allegation contained therein.

22      30.      In response to paragraph 30 of the Complaint, Experian is without knowledge or

23  information sufficient to form a belief as to the truth of the allegations contained therein and, on

24  that basis, denies, generally and specifically, each and every allegation contained therein.

25      31.      In response to paragraph 31 of the Complaint, Experian denies, generally and

26  specifically, each and every allegation therein that relates to Experian.  As to the remaining

27  allegations in paragraph 31 which relate to the other defendants, Experian does not have

28

knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

32.     In response to paragraph 32 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 32 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

*Contract for Credit Repair*

33.     In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.     In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to paragraph 36 of the Complaint, including subpart a, Experian is without knowledge or information sufficient to form a belief as to the truth of the  including subpart, allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.     In response to paragraph 37 of the Complaint, including subpart a, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.     In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.     In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.     In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.     In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## FIRST CLAIM FOR RELIEF

## (CRA'S)

### (Failure to Establish Proper Procedures – 15 U.S.C. § 1681e)

46.     In response to Paragraph 46 of the Complaint, Experian repeats, realleges, and incorporates by reference Paragraphs 1 through 45 above, as though fully set forth herein.

47.     In response to Paragraph 47 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining

allegations in paragraph 47 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

48.     In response to Paragraph 48 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 48 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

49.     In response to Paragraph 49 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 49 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

50.     In response to Paragraph 50 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 50 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

51.     In response to Paragraph 51 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 51 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

## SECOND CLAIM FOR RELIEF

### (CRA'S)

### (Failure to Reinvestigate – 15 U.S.C. § 1681i)

52.     In response to Paragraph 52 of the Complaint, Experian repeats, realleges, and incorporates by reference Paragraphs 1 through 51 above, as though fully set forth herein.

53.     In response to Paragraph 53 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 53 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

54.     In response to Paragraph 54 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 54 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

55.     In response to Paragraph 55 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 55 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

56.     In response to Paragraph 56 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian.  As to the remaining allegations in paragraph 56 which relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every such allegation.

## THIRD CLAIM FOR RELIEF

### (ONEWEST)

### (Failure to Investigate – 15 U.S.C. § 1681s-2(b)(1)(A)-(E))

57.     In response to Paragraph 57 of the Complaint, Experian repeats, realleges, and incorporates by reference Paragraphs 1 through 56 above, as though fully set forth herein.

58.     In response to Paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.     In response to Paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.     In response to Paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.     In response to Paragraph 61 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to Paragraph 62 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## FOURTH CLAIM FOR RELIEF

### (MR. LOPEZ dba VW & ASSOCIATES)

### (Acceptance of Payment Prior to Completion of Service – 15 U.S.C. §1679b(b))

63.     In response to Paragraph 63 of the Complaint, Experian repeats, realleges, and incorporates by reference Paragraphs 1 through 62 above, as though fully set forth herein.

64.     In response to Paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.     In response to Paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to Paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

IRI-50826v1

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:13-cv-00692-TLN-DAD

67.     In response to Paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     In response to Paragraph 68 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**FIFTH CLAIM FOR RELIEF**

**(Against Mr. Walters dba VW & Associates)**

**(Violation of California's UCL, Cal. Bus. & Prof. Code § 17200**

69.     In response to Paragraph 69 of the Complaint, Experian repeats, realleges, and incorporates by reference Paragraphs 1 through 68 above, as though fully set forth herein.

70.     In response to Paragraph 70 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.     In response to Paragraph 71 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.     In response to Paragraph 72 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.     In response to Paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.     In response to Paragraph 74 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75.     In response to Paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76.     In response to Paragraph 76 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.     In response to Paragraph 77 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.     In response to Paragraph 78 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**SIXTH CLAIM FOR RELIEF**

**(Against Mr. Walters dba VW & Associates)**

**(Violation of California's UCL, Cal. Bus. & Prof. Code § 17200**

79.     In response to Paragraph 79 of the Complaint, Experian repeats, realleges, and incorporates by reference Paragraphs 1 through 78 above, as though fully set forth herein.

80.     In response to Paragraph 80 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81.     In response to Paragraph 81 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.     In response to Paragraph 82 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.     In response to Paragraph 83 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84.     In response to Paragraph 84 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85.     In response to Paragraph 85 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86.     In response to Paragraph 86 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

87.     In response to Paragraph 87 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**SEVENTH CLAIM FOR RELIEF**

**(Against Mr. Walters dba VW & Associates)**

**(Violation of Breach of Implied Covenant of Good Faith and Fair Dealing)**

88.     In response to Paragraph 88 of the Complaint, Experian repeats, realleges, and incorporates by reference Paragraphs 1 through 87 above, as though fully set forth herein.

89.     In response to Paragraph 89 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

90.     In response to Paragraph 90 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91.     In response to Paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.     In response to Paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     In response to Paragraph 93 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### EIGHTH CLAIM FOR RELIEF

### (Against Mr. Walters dba VW & Associates)

### (Violation of California's CLRA, Cal. Civ. Code § 1750

94.     In response to Paragraph 94 of the Complaint, Experian repeats, realleges, and incorporates by reference Paragraphs 1 through 93 above, as though fully set forth herein.

95.     In response to Paragraph 95 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

96.     In response to Paragraph 96 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.     In response to Paragraph 97 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98.     In response to Paragraph 98 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

99.     In response to Paragraph 99 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## DEMAND FOR JURY TRIAL

In response to Plaintiff's demand for jury trial in the Complaint, Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

Neither Plaintiff's Complaint nor any purported cause of action asserted therein states facts sufficient to constitute a cause of action against Experian, and further fails to allege facts sufficient to entitle Plaintiff to the relief sought, or to any relief whatsoever, from Experian.

## SECOND AFFIRMATIVE DEFENSE

### (Truth/Accuracy of Information)

Experian is informed and believes, and thereon alleges, that Plaintiff's claims against Experian are barred, in whole or in part, because all information Experian communicated to any third person regarding Plaintiffs was true.

## THIRD AFFIRMATIVE DEFENSE

### (Indemnification)

Experian is informed and believes, and thereon alleges, that any purported damages allegedly suffered by Plaintiff is the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff has failed to mitigate her damages.

1
2

### FIFTH AFFIRMATIVE DEFENSE

**(Contributory/Comparative Fault)**

3        Experian is informed and believes, and thereon alleges, that any alleged damages

4  sustained by Plaintiff were, at least in part, caused by actions of Plaintiff and/or third parties, and

5  resulted from Plaintiff's or third parties' own negligence, which equaled or exceeded any alleged

6  negligence or wrongdoing by Experian.

7

### SIXTH AFFIRMATIVE DEFENSE

8

**(Laches)**

9        Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

10

### SEVENTH AFFIRMATIVE DEFENSE

11

**(Estoppel)**

12        Plaintiff's claims are barred, in whole or in part, by the doctrine of equitable estoppel.

13

### EIGHTH AFFIRMATIVE DEFENSE

14

**(Waiver)**

15        Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

16

### NINTH AFFIRMATIVE DEFENSE

17

**(Independent Intervening Cause)**

18        Experian alleges upon information and belief that if Plaintiff sustained any of the injuries

19  alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to

20  such alleged injuries and, as such, any action on the part of Experian was not a proximate cause

21  of the alleged injuries.

22

### TENTH AFFIRMATIVE DEFENSE

23

**(Mootness)**

24        Plaintiff's claims are barred, in whole or in part, to the extent that the claims or relief

25  sought are moot.

26
27
28

1

### ELEVENTH AFFIRMATIVE DEFENSE

2

#### (Improper Request for Punitive Damages)

3      Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct

4  required to recover punitive damages, and thus all requests for punitive damages are improper.

5

### TWELFTH AFFIRMATIVE DEFENSE

6

#### (Statute of Limitations)

7      Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitation.

8

### THIRTEENTH AFFIRMATIVE DEFENSE

9

#### (Right to Assert Additional Defenses)

10      Experian hereby gives notice that it intends to rely on any additional affirmative defenses

11  that become available or apparent through discovery and/or the factual development in this case

12  or otherwise, and thus reserves the right to amend its answer to assert such additional defenses.

13      WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

14      (1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be

15              dismissed in its entirety;

16      (2)     For costs of suit and attorneys' fees herein incurred; and

17      (3)     For such other and further relief that this Court may deem necessary and proper.

18

19  Dated:  May 6, 2013                        Respectfully submitted,

20

21                                            By:  /s/ Katherine A. Klimkowski

22                                                 Katherine A. Klimkowski
                                                   JONES DAY
23
                                              Attorneys for Defendant
24                                            EXPERIAN INFORMATION SOLUTIONS,
                                              INC.
25

26

27

28

IRI-50826v1

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:13-cv-00692-TLN-DAD

**PROOF OF SERVICE**

I, Sandra J. Wilson, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.

On **May 6, 2013**, I served a copy of the within by transmitting via the United States District Court's practice for collecting and processing electronic filings, where documents are electronically filed with the court.  The court's CM/ECF system generates a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF constitutes service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF user(s) were served.

Anita L. Steburg, Esq.
Steburg Law Firm
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel:  408/573-1122
Fax:  408/573-1126
anita@steburglawfirm.com
*Attorneys for Plaintiff*

Monica K. Katz-Lapides, Esq.
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Tel:  510/525-5100
Fax:  510/525-5130
mkl@tateandassociates-law.com
*Attorneys for Trans Union, LLC*

Scott E. Brady, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Tel:  317/363-2400
Fax:  317/363-2257
sbrady@schuckitlaw.com
*Attorneys for Trans Union, LLC*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 6, 2013**, at Irvine, California.

_/s/ Sandra J. Wilson_
Sandra J. Wilson
An employee of Jones Day

IRI-50826v1

- 18 -

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:13-cv-00692-TLN-DAD