ANITA L. STEBURG (State Bar No. 245933)
STEBURG LAW FIRM, PC
1798 Technology Drive STE 258
San Jose, CA 95110
Tel: (408) 573-1122
Fax: (408) 573-1126
Email: asteburg@steburglawfirm.com

Attorneys for Plaintiff BURGUNDY L. OTTESON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURGUNDY L. OTTESON, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.<br><br>Defendants. | Case No.: 2:13-cv-00692-TLN-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT EQUIFAX INC TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED to by and between counsel, that Defendant, Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including June 5, 2013.

- 1 –

STIPULATION AND [PROPOSED] ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT
EQUIFAX INFORMATION SERVICE LLC'S
TO RESPOND TO COMPLAINT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1  Dated this 22nd day of May, 2013.

2

3  STEBURG LAW FIRM, PC                NOKES & QUINN

4  /s/ Anita L. Steburg                /s/ Thomas P. Quinn, Jr.
   Anita L. Steburg                    THOMAS P. QUINN, JR.
5  Attorney for Plaintiff              Attorney for Defendant Equifax
6                                      Information Services LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

STIPULATION AND [PROPOSED] ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT
EQUIFAX INFORMATION SERVICE LLC'S
TO RESPOND TO COMPLAINT

# [PROPOSED] ORDER

Having reviewed the stipulation of Plaintiff BURGANDY L. OTTESON and Defendant Equifax Information Services, LLC, and good cause appearing, the deadline for Defendant to respond to Plaintiff's Complaint is extended 14 days from May 22, 2013 to June 5, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:_____          _____
                               Troy L. Nunley
                               United States District Judge

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –

STIPULATION AND [PROPOSED] ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT
EQUIFAX INFORMATION SERVICE LLC'S
TO RESPOND TO COMPLAINT