ANITA L. STEBURG (State Bar No. 245933)
STEBURG LAW FIRM, PC
1798 Technology Drive STE 258
San Jose, CA 95110
Tel: (408) 573-1122
Fax: (408) 573-1126
Email: asteburg@steburglawfirm.com

Attorneys for Plaintiff BURGUNDY L. OTTESON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURGUNDY L. OTTESON, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.<br><br>Defendants. | Case No.: 2:13-cv-00692-TLN-DAD<br><br>**STIPULATION AND ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT EQUIFAX INC TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED to by and between counsel, that Defendant, Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including June 5, 2013.

- 1 –

STIPULATION AND ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICE LLC'S TO RESPOND TO COMPLAINT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

Dated this 22nd day of May, 2013.

| STEBURG LAW FIRM, PC | NOKES & QUINN |
|---|---|
| /s/ Anita L. Steburg | /s/ Thomas P. Quinn, Jr. |
| Anita L. Steburg | THOMAS P. QUINN, JR. |
| Attorney for Plaintiff | Attorney for Defendant Equifax Information Services LLC |

## ORDER

Having reviewed the stipulation of Plaintiff BURGANDY L. OTTESON and Defendant Equifax Information Services, LLC, and good cause appearing, the deadline for Defendant to respond to Plaintiff's Complaint is extended 14 days from May 22, 2013 to June 5, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 30, 2013

Troy L. Nunley
United States District Judge

- 2 –

STIPULATION AND ORDER ALLOWING EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICE LLC'S TO RESPOND TO COMPLAINT

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055